# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| BIOHAVEN THERAPEUTICS LTD. and YALE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>AVILAR THERAPEUTICS, INC., a Delaware corporation, and RA CAPITAL MANAGEMENT GP, LLC, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:23-cv-00328-JLH-SRF |

## NOTICE OF SERVICE

Please take notice that on the 13th day of February, 2024, copies of *Defendants Avilar Therapeutics, Inc. and RA Capital Management GP, LLC's Third Set of Requests for Production of Documents to Plaintiffs Biohaven Therapeutics Ltd. and Yale University (170-278)* were served upon the following counsel via electronic mail:

| | |
|---|---|
| Brian E. Farnan<br>Michael J. Farnan<br>FARNAN LLP<br>919 North Market St., 12th floor<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Kalpana Srinivasan<br>Nicholas N. Spear<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars, Ste. 1400<br>Los Angeles, CA 90067<br>ksrinivasan@susmangodfrey.com<br>nspear@susmangodfrey.com |

|  |  |
|---|---|
|  | Eudokia Spanos<br>Jordan Alston<br>SUSMAN GODFREY LLP<br>1301 Avenue of the Americas<br>32nd Floor<br>New York, NY  10019<br>espanos@susmangodfrey.com<br>jalston@susmangodfrey.com |
| Steven L. Caponi<br>Matthew B. Goeller<br>K&L GATES LLP<br>600 King Street, Suite 901<br>Wilmington, DE  19801<br>Steven.caponi@klgates.com<br>Matthew.goeller@klgates.com | Roger R. Crane<br>K&L GATES LLP<br>599 Lexington Ave.<br>New York, NY  10022<br>Roger.crane@klgates.com |
|  | Michael J. Freno<br>Harold Storey<br>Jeffrey C. Johnson<br>Emaan R. Jaberi<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104<br>Michael.freno@klgates.com<br>Harold.storey@klgates.com<br>Jeff.johnson@klgates.com<br>Emaan.jaberi@klgates.com |

|  |  |
|---|---|
| Dated:  February 13, 2024 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
|  | */s/ Kaitlin E. Maloney* |
| OF COUNSEL: | Brad D. Sorrels (#5233) |
|  | Kaitlin E. Maloney (#6304) |
| Amy H. Candido | 222 Delaware Avenue, Suite 800 |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | Wilmington, DE  19801 |
| One Market Plaza | (302) 304-7600 |
| Spear Tower, Suite 3300 | bsorrels@wsgr.com |
| San Francisco, CA 94105 | kmaloney@wsgr.com |
| acandido@wsgr.com |  |
|  | *Counsel for Defendants Avilar Therapeutics, Inc. and RA Capital Management GP, LLC* |
| Eric P. Tuttle |  |
| WILSON SONSINI GOODRICH & ROSATI, P.C. |  |
| 700 Fifth Avenue |  |
| Suite 5100 |  |
| Seattle, WA 98104 |  |
| eric.tuttle@wsgr.com |  |
|  |  |
| Ariel C. Green Anaba |  |
| WILSON SONSINI GOODRICH & ROSATI, P.C. |  |
| 953 East Third Street |  |
| Suite 100 |  |
| Los Angeles, CA 90003 |  |
| aanaba@wsgr.com |  |