# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOHAVEN THERAPEUTICS LTD. and YALE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>AVILAR THERAPEUTICS, INC., a Delaware corporation, RA CAPITAL MANAGEMENT GP, LLC, a Delaware corporation, and MILIND DESHPANDE, an individual,<br><br>Defendants. | C.A. No. 23-cv-328-JLH-SRF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 14, 2024, a copy of Plaintiffs' Third Set of Requests for Production of Documents and Things to Avilar Therapeutics, Inc. and RA Capital Management GP, LLC (82–159) was served on the following as indicated:

<u>Via E-Mail</u>
Brad Sorrels
Ian Liston
WILSON SONSINI GOODRICH & ROSATI, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
biohavenvavilar@wsgr.com

*Counsel for Defendant Defendants Avilar Therapeutics, Inc., RA Capital Management GP, LLC, and Milind Deshpande*

<u>Via E-Mail</u>
Amy H. Candido
Eric P. Tuttle
Ariel C. Green Anaba
WILSON SONSINI GOODRICH & ROSATI, P.C.
biohavenvavilar@wsgr.com

*Counsel for Defendant Defendants Avilar Therapeutics, Inc., RA Capital Management GP, LLC, and Milind Deshpande*

Dated: February 14, 2024

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
Telephone: 302-777-0300
Facsimile: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Kalpana Srinivasan (admitted *pro hac vice*)
Nicholas N. Spear (admitted *pro hac vice*)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
ksrinivasan@susmangodfrey.com
nspear@susmangodfrey.com

*Attorneys for Plaintiff*
*Yale University*