IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOHAVEN THERAPEUTICS LTD. and YALE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>AVILAR THERAPEUTICS, INC., a Delaware corporation, and RA CAPITAL MANAGEMENT GP, LLC, a Delaware corporation,<br><br>Defendants. | C.A. No. 23-cv-328-JLH-SRF |

## STIPULATION AND ORDER TO EXTEND TIME

The parties, subject to the Court's approval, agree to extend the following deadlines:

1.  The deadline for Plaintiffs to respond to Defendants' Motion for Leave to File Second Amended Answer and Affirmative Defenses to Plaintiffs' Complaint and Counterclaims ("Motion for Leave") (D.I. 106) is extended to March 1, 2024 and Defendants' reply in support of the Motion for Leave is extended to March 21, 2024;

2.  The deadline for Plaintiffs to respond to Defendants' Motion for Judgment on the Pleadings ("Motion for Judgment") (D.I. 112) is extended to March 4, 2024 and Defendants' reply in support of the Motion for Judgment is extended to March 18, 2024; and

3.  The deadline for the parties to file redacted versions of the Opening Brief in Support of the Motion for Judgment (D.I. 113) is extended to February 22, 2024.

| | |
|---|---|
| Dated: February 15, 2024 | Respectfully submitted, |
| FARNAN LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Yale University*

/s/ *Kaitlin E. Maloney*
Brad D. Sorrels (#5233)
Kaitlin E. Maloney (#6304)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
bsorrels@wsgr.com
kmaloney@wsgr.com

*Counsel for Defendants Avilar Therapeutics, Inc. and RA Capital Management GP, LLC*

K&L GATES LLP

/s/ Steven L. Caponi
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Attorneys for Plaintiff Biohaven Therapeutics Ltd.*

IT IS SO ORDERED this _____ day of February, 2024.

_____
The Honorable Jennifer L. Hall