IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOHAVEN THERAPEUTICS LTD. and YALE UNIVERSITY,<br><br>   Plaintiffs,<br><br>   v.<br><br>AVILAR THERAPEUTICS, INC., a Delaware corporation, and RA CAPITAL MANAGEMENT GP, LLC, a Delaware corporation,<br><br>   Defendants. | C.A. No. 23-cv-328-JLH-SRF |

## STIPULATION AND ORDER TO EXTEND TIME

The parties, subject to the Court's approval, agree to extend the deadline for redacted versions of Defendants' Motion for Leave to File Second Amended Answer and Affirmative Defenses to Plaintiffs' Complaint and Counterclaims, and related documents, filed on February 2, 2024 (D.I. 106-109) to February 20, 2024.

| | |
|---|---|
| Dated: February 16, 2024 | Respectfully submitted, |
| FARNAN LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | /s/ Kaitlin E. Maloney<br>Brad D. Sorrels (#5233)<br>Kaitlin E. Maloney (#6304)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>(302) 304-7600<br>bsorrels@wsgr.com<br>kmaloney@wsgr.com |
| *Attorneys for Plaintiff Yale University* | *Counsel for Defendants Avilar Therapeutics, Inc. and RA Capital Management GP, LLC* |

K&L GATES LLP

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Attorneys for Plaintiff Biohaven Therapeutics Ltd.*

       IT IS SO ORDERED this \_\_\_\_ day of February, 2024.

_____
The Honorable Jennifer L. Hall