# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOHAVEN THERAPEUTICS LTD. and YALE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>AVILAR THERAPEUTICS, INC., a Delaware corporation, and RA CAPITAL MANAGEMENT GP, LLC, a Delaware corporation,<br><br>Defendants. | C.A. No. 23-cv-328-JLH |

## STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER

The parties agree, subject to the Court's approval, that the deadlines in the Scheduling Order (D.I. 36) concerning fact and expert discovery should be amended as follows:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Substantial Completion of Document Production | 3/15/24 | 4/26/24 |
| Completion of Fact Discovery | 5/31/24 | 6/28/24 |
| Opening Expert Reports | 6/28/24 | 7/24/24 |
| Rebuttal Expert Reports | 7/26/24 | 8/21/24 |
| Reply Expert Reports | 8/23/24 | 9/11/24 |
| Completion of Expert Depositions | 9/20/24 | 9/27/24 |

| Event | Current Date | Proposed Date |
|---|---|---|
| Case Dispositive Motions and Any *Daubert* Motions | 10/18/24 | 10/23/24 |
| Oppositions to Case Dispositive Motions and Any *Daubert* Motions | 11/15/24 | 11/18/24 |
| Replies In Support of Case Dispositive Motions and Any *Daubert* Motions | 12/6/24 | Same |

The completion of dispositive briefing, pre-trial, and trial deadlines would remain the same under the parties' proposed changes to the Scheduling Order.

Dated: March 15, 2024

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Yale University*

MORRIS JAMES LLP

*/s/ Cortlan S. Hitch*
Kenneth L. Dorsney (Bar No. 3726)
Cortlan S. Hitch (Bar No. 6720)
500 Delaware Ave., Suite 1500

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI, P.C.

*/s/ Kaitlin E. Maloney*
Brad D. Sorrels (#5233)
Kaitlin E. Maloney (#6304)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
bsorrels@wsgr.com
kmaloney@wsgr.com

*Counsel for Defendants Avilar Therapeutics, Inc. and RA Capital Management GP, LLC*

Wilmington, DE 19801
Phone: (302) 888-6855
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Plaintiff Biohaven Therapeutics Ltd.*

IT IS SO ORDERED this ____ day of March, 2024.

_____
The Honorable Jennifer L. Hall