IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOHAVEN THERAPEUTICS LTD. and YALE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>AVILAR THERAPEUTICS, INC., a Delaware corporation, and RA CAPITAL MANAGEMENT GP, LLC, a Delaware corporation,<br><br>Defendants. | C.A. No. 23-cv-328-JLH |

## STIPULATION AND ORDER TO EXTEND TIME

The parties, subject to the Court's approval, agree to extend the deadline for the redacted versions of Plaintiffs' First Amended Complaint and exhibits thereto, filed on April 5, 2024 (D.I. 164), to May 6, 2024.

| | |
|---|---|
| Dated:  May 3, 2024 | Respectfully submitted, |
| FARNAN LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| */s/ Brian E. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | */s/ Kaitlin E. Maloney*<br>Brad D. Sorrels (#5233)<br>Kaitlin E. Maloney (#6304)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>(302) 304-7600<br>bsorrels@wsgr.com<br>kmaloney@wsgr.com |

*Attorneys for Plaintiff Yale University*   *Counsel for Defendants Avilar Therapeutics, Inc. and RA Capital Management GP, LLC*

MORRIS JAMES LLP

*/s/ Cortlan S. Hitch*
Kenneth L. Dorsney (Bar No. 3726)
Cortlan S. Hitch (Bar No. 6720)
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
Phone: (302) 888-6855
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Plaintiff Biohaven Therapeutics Ltd.*

          IT IS SO ORDERED this _____ day of May, 2024.

                                       _____
                                       The Honorable Jennifer L. Hall