# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| BIOHAVEN THERAPEUTICS LTD., a British Virgin Islands corporation, and YALE UNIVERSITY, a Connecticut corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>AVILAR THERAPEUTICS, INC., a Delaware corporation, and RA CAPITAL MANAGEMENT GP, LLC, a Delaware corporation,<br><br>    Defendants.<br><br>AVILAR THERAPEUTICS, INC., a Delaware corporation, and RA CAPITAL MANAGEMENT GP, LLC, a Delaware corporation,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>BIOHAVEN THERAPEUTICS LTD., a British Virgin Islands corporation, and YALE UNIVERSITY, a Connecticut corporation,<br><br>    Counterclaim-Defendants. | C.A. No. 1:23-cv-00328-JLH-CJB |

## **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

As supplemental authority in support of Defendants' pending letter briefing regarding certain discovery disputes (D.I. 190; D.I. 216), Defendants Avilar Therapeutics, Inc. and RA Capital Management GP, LLC respectfully notify the

Court of two recent decisions by the Court of Appeals for the Federal Circuit regarding trade secret identification.

The first, *Insulet Corp. v. EOFlow, Co.*, No. 2024-1137, ___ F.4th ___, 2024 WL 3016208, at *3-5 (Fed. Cir. June 17, 2024), is relevant because it addresses the DTSA's definition of both "trade secrets" and "misappropriation." It discusses the requirement "inherent" in the DTSA's definition of misappropriation that there is a trade secret "identif[ied] … with sufficient particularity" to be misappropriated. *Id.* at *5.

The second, *Alifax Holding Spa v. Alcor Scientific LLC*, No. 2022-1641, 2022-1723, 2024 WL 2932910, at *4-5 (Fed. Cir. June 11, 2024), is relevant because it addresses a plaintiff's failure to "to establish the existence and scope of the alleged … trade secret."

| | |
|---|---|
| Dated:  June 27, 2024 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| | |
| | */s/ Kaitlin E. Maloney* |
| OF COUNSEL: | Brad D. Sorrels (#5233) |
| | Kaitlin E. Maloney (#6304) |
| Amy H. Candido | 222 Delaware Avenue, Suite 800 |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | Wilmington, DE  19801 |
| One Market Plaza | (302) 304-7600 |
| Spear Tower, Suite 3300 | bsorrels@wsgr.com |
| San Francisco, CA 94105 | kmaloney@wsgr.com |
| acandido@wsgr.com | |
| | *Counsel for Defendants and Counter-Plaintiffs Avilar Therapeutics, Inc. and RA Capital Management GP, LLC* |

2

Eric P. Tuttle
WILSON SONSINI GOODRICH &
ROSATI, P.C.
700 Fifth Avenue
Suite 5100
Seattle, WA 98104
eric.tuttle@wsgr.com

Ariel C. Green Anaba
WILSON SONSINI GOODRICH &
ROSATI, P.C.
953 East Third Street
Suite 100
Los Angeles, CA 90003
aanaba@wsgr.com