IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOHAVEN THERAPEUTICS LTD. and YALE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>AVILAR THERAPEUTICS, INC., a Delaware corporation, RA CAPITAL MANAGEMENT GP, LLC, a Delaware corporation,<br><br>Defendants. | C.A. No. 23-328-JLH-CJB |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearances of Steven L. Caponi, Matthew B. Goeller, and Megan E. Hunt, counsel for plaintiff Biohaven Therapeutics Ltd. ("Biohaven"), are hereby withdrawn. Biohaven will continue to be represented by counsel from Morris James LLP and *pro hac vice* counsel of K&L Gates LLP.

Dated: July 23, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. Hunt (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@kglates.com
megan.hunt@klgates.com

*Withdrawing Counsel for Plaintiff Biohaven Therapeutics Ltd.*